AO 91 (Rev. 5/95) Criminal Complaint

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DEC 0 4 2005

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA

V

**CRIMINAL COMPLAINT**

VILLANUEVA, ABELARDO DE JESUS
A98 499 821

CASE NUMBER: 1:05 PO - 2668

(Name and Address of Defendant)
MEXICO

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 12/03/2005 in Cameron county, in the SOUTHERN District of TEXAS defendant, an alien did,

Knowingly, willfully and in violation of law attempt to gain illegal entry into the United States by claiming to be a United States citizen and presenting a Certificate of Naturalization in the name of another person and in furtherance of such violation did present himself at the Port of Entry at Brownsville, Texas.

in violation of Title 8 United States Code, Section(s) 1325 (a)(3).

I further state that I am a(n) Customs & Border Protection Officer and that this complaint is based on the following facts:

THE DEFENDANT ATTEMPTED TO GAIN ILLEGAL ENTRY INTO THE UNITED STATES BY PRESENTING A CERTIFICATE OF NATURALIZATION, BEARING THE NAME OF JUAN SERVIN MARTINEZ AND FURTHER CLAIMED TO BE SAID PERSON. THE DEFENDANT ADMITS THAT HE IS A CITIZEN AND NATIONAL OF MEXICO AND THAT HE HAS NO LEGAL STATUS IN THE UNITED STATES.

Continued on the attached sheet and made a part hereof: ___ Yes  X No

Signature of Complainant
JUANITA PAYAN (CBPE)

Sworn to before me and subscribed in my presence,

DECEMBER 4, 2005 at BROWNSVILLE, TEXAS
Date City and State

ELIX RECIO, U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer